ALEXANDER B. CVITAN (SBN 81746),
MARSHA M. HAMASAKI (SBN 120720), and
PETER A. HUTCHINSON (SBN 225399), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone (213) 386-3860
Facsimile (213) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com; peterh@rac-law.com

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MURELCO ELECTRICAL CONSTRUCTION, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 08-6470 VBF(AGRx)<br><br>ORDER FOR DISMISSAL WITH COURT TO RETAIN JURISDICTION TO ENFORCE TERMS OF SETTLEMENT AGREEMENT |

The parties to this action ("Parties") – plaintiff Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company ("CLTF"), and Defendant Murelco Electrical Construction, Inc., a California corporation ("MURELCO") – have informed the Court that they have reached a written settlement of this action ("Settlement Agreement").  A notice of settlement was filed on October 2, 2009.  Also on October 2, the Court issued an order to show cause why the case should not be dismissed and set a hearing on the

-1-

matter for November 9, 2009 ("Order to Show Cause Re: Dismissal").

The Parties have now submitted a "Stipulation for Dismissal with Court to Retain Jurisdiction to Enforce Terms of Settlement Agreement" ("Stipulation Re: Dismissal"). In accordance with the Stipulation Re: Dismissal, and good cause appearing therefore, **IT IS HEREBY ORDERED THAT:**

1. CLTF's claims for relief are dismissed. This Court retains jurisdiction to enforce the terms of the Settlement Agreement. Upon a breach of the Settlement Agreement by MURELCO, CLTF shall be entitled to entry of judgment in its favor, and this Court shall enter judgment in its favor, in the amount provided for under the terms of the Settlement Agreement (and described in the Stipulation Re: Dismissal). CLTF may obtain such relief by unilateral application to the Court for reinstatement of this action to the Court's active calendar for entry of judgment, accompanied by a declaration (or declarations) attesting to the breach and the amount of the judgment to which it is entitled under the terms of the Settlement Agreement. Upon its breach of the Settlement Agreement, MURELCO will, in cooperation with CLTF, take any steps necessary to effectuate entry of judgment against it in the amount required by the Settlement Agreement. Neither MURELCO, nor any successor to MURELCO, will oppose entry of such judgment, except for any good faith factual dispute: (i) as to whether a breach in fact occurred; and (ii) whether any installment payment (or installment payments) made under the payment plan described in the Stipulation Re: Dismissal were credited in accordance with the terms of the Settlement Agreement.

2. Neither the dismissal of CLTF's claims for relief hereby nor entry of judgment against MURELCO upon reinstatement of this action following a breach shall have res judicata effect, operate as a bar, or effect any other limitation of any right of the trust funds on whose behalf CLTF brought this action (or CLTF on their behalf) to determine and collect any amounts owed by MURELCO for any month after November 2008 (except to any extent established by the Parties in their

Settlement Agreement).

3. The Order to Show Cause Re: Dismissal is discharged and the hearing on the matter removed from the Court's calendar. The Court's scheduling order is vacated and all pending Court dates and deadlines in this action removed form the Court's calendar.

4. Except to any extent established by the Settlement Agreement, the Parties will bear their own respective attorneys fees and costs.

DATED: October 13, 2009

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK, Judge of the
United States District Court for the
Central District of California

Submitted by:

REICH, ADELL & CVITAN,
A Professional Law Corporation

By:    /S/
   PETER A. HUTCHINSON
   Attorneys for Plaintiff

LAW OFFICES OF STEPHEN M. FUERCH

By:    /S/
   STEPHEN M. FUERCH
   Attorneys for Defendant